# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA S. ATKINS, | ) |
|     Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 24-00410-KD-B |
| RICHARD FAIRBANK D/B/A CAPITAL. ONE, | ) |
|     Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report of Magistrate Judge Sonja F. Bivins made under 28 U.S.C. § 636(b)(1) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint, (Doc. 1-1 at 2-3) is **DISMISSED without prejudice.** Defendant's Motion to Dismiss or for more definite statement, (Doc. 3) is **DENIED as moot**.

**DONE** and **ORDERED** this **16th day** of December 2024.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**

1